AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts II, Inc.

v.

Nicholas Lapier

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 30189 - MAP

TO: (Name and address of Defendant)

Nicholas Lapier
10 Forest Ridge Road
West Springfield, MA 01089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton, & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01060
(413) 586-0865

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                         8/22/05
CLERK                                      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

October 20, 2005

I hereby certify and return that on 10/19/2005 at 12:20 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of NICHOLAS LAPIER, 10 FOREST RIDGE Road WEST SPRINGFIELD, MA 01089, Conveyance ($0.60), Travel ($1.28), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $27.88

Deputy Sheriff ERIC PODGURSKI

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.