UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS II, INC., )<br>          Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>NICHOLAS LAPIER, )<br>          Defendant ) | Civil Action No. 05-30189-MAP |

SCHEDULING ORDER
December 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All non-expert discovery shall be completed by June 15, 2006.

2. Counsel shall appear for a case management conference on June 19, 2006, at 10:00 a.m. in Courtroom Three.

3. Plaintiff and Defendant shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 29, 2006.

4. All expert depositions shall be completed by August 15, 2006.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge