**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>COMCAST OF MASSACHUSETTS</u>
        Plaintiff

      V.

<u>NICHOLAS LAPIER</u>
        Defendant

CIVIL ACTION

NO.  <u>05-30189-MAP</u>

**<u>ORDER OF REFERENCE</u>**
**<u>FOR</u>**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to <u>Magistrate Judge Charles B. Swartwood, III</u> for the following ADR program:

    ____ EARLY NEUTRAL EVALUATION    <u>X</u>  MEDIATION
    ____ MINI-TRIAL    ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE    ____ SPECIAL MASTER
    ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel in engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

<u>December 15, 2005</u>                  <u>/s/ Kenneth P. Neiman</u>
DATE                            UNITED STATES MAGISTRATE JUDGE

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Other | <u>XX</u> |