UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COMCAST OF MA, INC.,**

        **Plaintiff,**

                                        **CIVIL NO. 05-30189-MAP**

**NICHOLAS LAPIER,**

        **Defendant,**

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

**TO: JUDGE NEIMAN**

**SWARTWOOD, C.M.J.**

**This case was referred to Judge Swartwood for Mediation. When parties were contacted for proposed dates, the clerk was informed that the case had settled, and the parties requested a 30 Day Order.**

**The case was:**

**( X )**     **Settled.**
**(   )**     **There was progress. A further conference has been scheduled for _____.
           unless the case is reported settled prior to that date.**
**(   )**     **Further efforts to settle this case at this time are, in my judgment, unlikely to be
           productive. This case should be restored to your trial list.**


**January 17, 2006**                            /s/ Charles B. Swartwood, III
**Date**                                              **CHARLES B. SWARTWOOD, III, C.M.J.**