UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS II,<br>    Plaintiff<br><br>  v.<br><br>NICHOLAS LAPIER,<br>    Defendant | Civil Action No. 05-30189-MAP |

SETTLEMENT ORDER OF DISMISSAL
January 17, 2006

  The court, having been advised on January 17, 2006, that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                By the Court,


                /s/ Bethaney A. Healy
                Bethaney A. Healy
                Deputy Clerk