UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts II, Inc.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Nicholas Lapier** )<br>Defendant )<br>)<br>)<br>) | Case No.: **3:05-cv-30189-MAP**<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts II, Inc.
By Its Attorney,

2/7/06
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

                                      Respectfully Submitted for the Defendant,
Nicholas Lapier
By his attorney,

*[signature]*

__2-14-06__
Date

Dennis P. Powers
**Katz, Argenio & Powers, P.C.**
1380 Main Street, Suite 302
Springfield, MA 01103
Telephone: (413) 737-5996

2